UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMMED TILLISY,

                Plaintiff,

    v.

JACK FOX, *et al*.

                Defendants.

Case No. C15-0300-JCC

ORDER REVOKING PLAINTIFF'S
*IN FORMA PAUPERIS* STATUS

      This matter comes before the Court on Defendants' motion to dismiss or, in the alternative, revoke Plaintiff's *in forma pauperis* (IFP) status (Dkt. No. 28). The Court has reviewed Plaintiff's complaint (Dkt. No. 11); Defendants' motion (Dkt. No. 28); the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 36), to which there were no objections filed; and the remaining record.

      The Court hereby finds and ORDERS:

      (1)    The Court adopts the Report and Recommendation (Dkt. No. 36);

      (2)    Defendants' motion to revoke Plaintiff's IFP status (Dkt. 28) is GRANTED;

      (3)    Plaintiff is directed to pay the $400 filing fee within **thirty (30) days** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in immediate dismissal of this action;

ORDER REVOKING PLAINTIFF'S
*IN FORMA PAUPERIS* STATUS
PAGE - 1

(4) Defendants' motion to dismiss this action under Fed. R. Civ. P. 12(b)(6) (Dkt. 28) is STAYED pending receipt of the filing fee; and

(5) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Magistrate Judge Mary Alice Theiler.

DATED this 5 day of October 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REVOKING PLAINTIFF'S
*IN FORMA PAUPERIS* STATUS
PAGE - 2